# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCKENSON DORCEANT,** | : | **CIVIL NO. 3:17-CV-169** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN JACK FOX,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 18th day of December, 2018, upon consideration of Dorceant's motion (Doc. 17) seeking entry of default, and it appearing that a response to the petition (Doc. 16) was previously filed, it is hereby ORDERED that the motion (Doc. 17) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania